

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2022

No. 04-22-00446-CV

**IN THE INTEREST OF T.L.C., A CHILD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0569-CV-A
Honorable Heather H. Wright, Judge Presiding

## O R D E R

On October 28, 2022, this court received appellant's brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that the statement of facts and the argument do not contain any citations to the record. *See* TEX. R. APP. P. 38.1(g), (i). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is further ORDERED that appellant must file an amended brief, in compliance with Rule 38.1 that includes appropriate citations to the record. It is further ORDERED that appellant's amended brief is due on **November 30, 2022**, or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court